

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00216-CR

## EX PARTE JUAN CARLOS MOREJON

**From the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 20140002HC2**

## O R D E R

Juan Carlos Morejon filed an application for writ of habeas corpus, pursuant to article 11.072 of the Texas Code of Criminal Procedure, challenging his misdemeanor conviction for theft. After a hearing, the trial court denied relief. The State's brief in this appeal was originally due on January 9, 2015. The State has requested and been granted two extensions of time to file its brief. It has now filed a third motion for extension of time to file its brief.

The State's motion is denied. Its brief is ORDERED to be filed no later than 5:00 p.m. on April 13, 2015.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed March 26, 2015

